IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MAURICE MILLER,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) Civil No. **04-594-DRH** |
| | ) |
| **EDWIN R. BROWN, et al.,** | ) |
| | ) |
| Respondents. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is respondent Edwin R. Bowen's motion for leave to substitute Bradley J. Robert as respondent, In accordance with Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS HEREBY ORDERED** that respondent Bowen's motion to substitute **(Doc. 14)** is **GRANTED**. The Clerk of Court shall have the record reflect that Edwin R. Bowen is terminated as a respondent, and Bradley J. Robert is substituted as the respondent to the above-captioned petition for writ of habeas corpus.

**IT IS SO ORDERED.**

DATED: February 21, 2006

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
