# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MAURICE MILLER,**

       **Petitioner,**

       **vs-**                                                            No.  04-CV-594- DRH

**BRADLEY J. ROBERT,**

       **Respondent.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

      **IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety.

The petition for writ of habeas corpus pursuant to **28 U.S.C. § 2254** is denied in all respects and is

**DISMISSED with prejudice**.------------------------------------------------------------------------------

                                                            **NORBERT G. JAWORSKI, CLERK**

September 18, 2007                           BY:    s/Patricia Brown
                                                                        Deputy Clerk

APPROVED: /s/      DavidRHerndon
                       U.S. DISTRICT JUDGE